**Georgette R. ASBURY, Plaintiff—Appellant,**

v.

**CITY OF ROANOKE, Defendant—Appellee.**

**No. 09–1375.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 4, 2009.

Georgette R. Asbury, Appellant Pro Se. William Michael Hackworth, Timothy Ross Spencer, City Attorney's Office, Roanoke, Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Georgette R. Asbury appeals the district court's order granting Defendant's motion for summary judgment in this action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Asbury v. City of Roanoke*, 599 F.Supp.2d 712 (W.D.Va.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.